# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| GLORIA FEAGAN, | ) |
| Plaintiff, | ) CIVIL ACTION NO. |
| | ) 2:21-CV-01342-AMM |
| VS. | ) |
| ONIN STAFFING, | ) |
| Defendant. | ) |

## JOINT STIPULATION OF DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff Gloria Feagan and Defendant Onin Staffing, LLC jointly request that the Court dismiss with prejudice this case and all claims contained therein, each party to bear its own costs.

## Consent Statement

Defendant's counsel has permission to file this Joint Stipulation of Dismissal on behalf of Plaintiff's counsel.

Dated this 25th day of October, 2024.

_/s/ Kristen E. Gochett_
Kristen E. Gochett
Maxwell & Tillman
1820 3rd Avenue, Suite 300
Birmingham, AL 35203
Telephone: (205) 216-3304
kgochett@mxlawfirm.com

_/s/ W. Brock Phillips_
W. Brock Phillips
Maynard Nexsen P.C.
1901 Sixth Avenue North
Suite 1700
Birmingham, AL 35203
T: (205) 254-1981
bphillips@maynardnexsen.com

## **CERTIFICATE OF SERVICE**

     I hereby certify that on October 25, 2024, I electronically filed the foregoing with the Clerk of the Court using the CM-ECF system which will send notification of such filing to the following:

Leroy Maxwell, Jr.
Kristen E. Gochett
Maxwell & Tillman
1820 3rd Avenue, Suite 300
Birmingham, AL 35203
Telephone: (205) 216-3304
maxwell@mxlawfirm.com
kgochett@mxlawfirm.com

                                                */s/ Brock Phillips*
                                                OF COUNSEL